212 U.S. 557 (1908)
AMERICAN SURETY CO.
v.
AKRON SAVINGS BANK.
No. 19.
Supreme Court of United States.
Argued November 12, 1908.
Decided November 30, 1908.
ERROR TO THE SUPREME COURT OF THE STATE OF OHIO.
Mr. Frederic D. McKenney, Mr. John Spalding Flannery and Mr. Henry C. Wilcox for plaintiff in error.
Mr. John C. Gittings, Mr. Charles R. Grant, Mr. Alexander Muncaster and Mr. J.M. Chamberlin for defendants in error.
Per Curiam:
Judgment affirmed with costs without opinion.